IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY JOHNSON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-493-WKW |
| | ) [WO] |
| TRUMAN CARTER and | ) |
| CAPTAIN D's, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February, 13, 2012, the Magistrate Judge filed a Recommendation in this case. (Doc. # 19.) Plaintiff Leroy Johnson, Jr. filed objections on February 27, 2012. (Doc. # 20.) Having independently reviewed the file in this case and conducted a *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b)(1), the court finds that the objections lack merit for the same reasons set forth in the magistrate judge's recommendation and that the objections do not warrant further discussion. Accordingly, it is ORDERED as follows:

1.  Mr. Johnson, Jr.'s objections (Doc. # 20) are OVERRULED.

2.  The Recommendation (Doc. # 19) is ADOPTED.

3.  Defendant's motion to compel arbitration (Doc. # 9) is GRANTED.

4.  Defendant's motion to stay this action pending arbitration (Doc. # 9) is

GRANTED.  *See* 9 U.S.C. § 3.  Defendant shall file a report regarding the status of the arbitration proceedings on or before **June 1, 2012**, and every ninety days thereafter, and immediately upon resolution of the arbitration proceedings.

    5.    Defendant's alternative motion to dismiss (Doc. # 9) is DENIED.

DONE this 29th day of February, 2012.

                                 /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE