IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| LEROY JOHNSON, JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACT. NO.  2:11-CV-493-WKW | |
| | ) | | |
| TRUMAN CARTER, *et al,* | ) | | |
| | ) | | |
| Defendants. | ) | | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On August 14, 2013, the Defendants filed a motion to dismiss for lack of prosecution. (Doc. 46).  As grounds for the motion to dismiss, the Defendants argued that the Plaintiff did not initiate arbitration proceedings or file a joint status report as ordered by the court.  On August 29, 2013, the court held a status conference and oral argument regarding the Defendants' motion to dismiss.  At the status conference, the Plaintiff demonstrated that he had initiated arbitration.  Further, the Plaintiff did timely attempt to obtain the Defendants' cooperation in filing a joint status report.  (*See* Doc. 52-1).

Accordingly, it is the **RECOMMENDATION** of the Magistrate Judge that the Defendants' motion to dismiss (Doc. 46) be **DENIED**.

Further, it is

**ORDERED** that the parties shall file any objections to this Recommendation on or before **September 16, 2013**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general

objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 30th day of August, 2013.

       /s/Charles S. Coody
      CHARLES S. COODY
      UNITED STATES MAGISTRATE JUDGE