IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY JOHNSON, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:11-CV-493-WKW |
| TRUMAN CARTER, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 54) to which no timely objections have been filed. Based upon an independent review of the file in this action, it is ORDERED that the Recommendation is ADOPTED and that Defendants' motion to dismiss (Doc. # 46) is DENIED.

DONE this 17th day of September, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE